```
                                                    CLERK'S OFFICE U.S. DIST. COURT
                                                         AT ROANOKE, VA
                                                              FILED
         IN THE UNITED STATES DISTRICT COURT
         FOR THE WESTERN DISTRICT OF VIRGINIA          JAN 2 0 2006
                   ROANOKE DIVISION
                                                     JOHN F. CORCORAN, CLERK
                                                     BY:
                                                           DEPUTY CLERK
```

| | |
|---|---|
| SANDRA K. SARKISIAN, ) | |
| Petitioner, ) | Civil Action No. 7:06cv00043 |
| ) | |
| v. ) | MEMORANDUM OPINION |
| ) | |
| UNITED STATES OF AMERICA, ) | By: Samuel G. Wilson |
| Respondent. ) | United States District Judge |

Petitioner Sandra K. Sarkisian brings this motion to correct her sentence pursuant to 28 U.S.C. § 2255 claiming her sentence is unconstitutional under United States v. Booker, 543 U.S. 220 (2005). Sarkisian has previously filed a § 2255 motion regarding the same conviction and/or sentence. See Sarkisian v. United States, 7:02cv00517 (W.D. Va. 2002). Thus, her current § 2255 motion is successive, and the court may only review it if the Fourth Circuit has authorized Sarkisian to file a successive § 2255 motion. 28 U.S.C. § 2255. Sarkisian does not allege that the Fourth Circuit has authorized her to file a successive motion. Accordingly, the court lacks jurisdiction to review Sarkisian's motion and, therefore, dismisses it.[1]

ENTER: This 20th day of January, 2006.

_____
UNITED STATES DISTRICT JUDGE

---

[1] Moreover, the Supreme Court did not make Booker retroactive to cases on collateral review, meaning Sarkisian may not raise a Booker claim in a § 2255 motion. See Booker, 125 S. Ct. at 769.